

**FILED**

JAN 22 2018

Clerk, U.S. Courts
District Of Montana
Missoula Division

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

In the Matter of the Search of:

MJ 18-2-M-JCL

APPLE IPHONE MODEL A1688
WITH FCC ID:

ORDER

BCG-E2946A, IC: 579C-E2946A

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 22nd day of January, 2018.

Jeremiah C. Lynch
United States Magistrate Judge

1